Carlos
4653 Mariner Blvd.
Spring Hill, FL 34608



U.S.D.C.   Middle District

801 N. Florida Ave

Tampa, FL 33602