UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CARLOS RAMOS )
 )
    Plaintiff, )
v. ) No. 8:21-CV-02070̸4-TPD-SPF
 )
OPTICSPLANET INC., )
 )
    Defendant. )

## Notice of Dismissal

Pursuant to a Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Carlos Ramos hereby dismisses this action with prejudice and without costs.

Dated: November 9, 2021

Respectfully submitted,

*[signature]*

Carlos Ramos
4653 Mariner Blvd.
Spring Hill, FL 34609
Charlie.ramos@gmail.com